MICHAEL A. TOPP, State Bar No. 148445
*michael.topp@clydeco.us*
JASON J. CHORLEY, State Bar No. 263225
*jason.chorley@clydeco.us*
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRWINDS ESTATE WINERY, LLC, and FAIRWINDS ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY; MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC; CRC INSURANCE SERVICES; CRC COMMERCIAL SOLUTIONS; and DOES 1 through 10,<br><br>Defendants. | Case No.: 3:21-cv-007678<br><br>**DECLARATION OF JASON J. CHORLEY IN SUPPORT OF KINSALE INSURANCE COMPANY'S NOTICE OF REMOVAL** |

I, Jason J. Chorley, hereby declare:

1.     I am an attorney licensed to practice law in this Court, and am an associate with Clyde & Co US LLP, counsel of record for defendant Kinsale Insurance Company ("Kinsale").

2.     I make this declaration in support of Kinsale's Notice of Removal. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto under oath.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the Statement of Information for Fairwinds Estate Winery, LLC retrieved from the California Secretary of State's website, along with a copy of the business information retrieved from the Nevada Secretary of

State's website.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Statement of Information for Fairwinds Estate, LLC retrieved from the California Secretary of State's website, along with a copy of the business information retrieved from the Nevada Secretary of State's website.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Statement of Information for Fairwinds Holdings, LLC retrieved from the Nevada Secretary of State's website.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Statement of Information for Malloy Imrie & Vasconi Insurance Services, LLC retrieved from the California Secretary of State's website.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2021 in San Francisco, California.

                          */s/ Jason J. Chorley*
                          Jason J. Chorley

# EXHIBIT B



**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

19-C47927

**FILED**

In the office of the Secretary of State
of the State of California

JUN 27, 2019

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
FAIRWINDS ESTATE WINERY, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201506110180 | NEVADA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>4550 SIlverado Trail N | Calistoga | CA | 94515 |
| b. Mailing Address of LLC, **if different than item 4a**<br>4550 SIlverado Trail N | Calistoga | CA | 94515 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>4550 SIlverado Trail N | Calistoga | CA | 94515 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Fairwinds Holdings, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 880 Northwood Blvd Ste 2 | Incline Village | NV | 89451 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Brandon | | Chaney | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| winery |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Brandon | | Chaney | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/27/2019 | Marilou King | Accounting Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)   Page 1 of 1   2017 California Secretary of State
www.sos.ca.gov/business/be

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FAIRWINDS ESTATE WINERY, LLC

**Entity Number:**

E0079042015-8

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/12/2015

**NV Business ID:**

NV20151100350

**Termination Date:**

2/28/2065

**Annual Report Due Date:**

2/28/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

FAIRWINDS ESTATE WINERY, LLC C/O MANAGER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

880 NORTHWOOD BLVD, INCLINE VILLAGE, NV, 89451, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | FAIRWINDS HOLDINGS, LLC | 880 NORTHWOOD BLVD, SUITE 2, INCLINE VILLAGE, NV, 89451, USA | 02/26/2019 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

# EXHIBIT C

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

19-C47934

**FILED**

In the office of the Secretary of State
of the State of California

JUN 27, 2019

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
FAIRWINDS ESTATE, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201511510095 | NEVADA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Fairwinds Holdings, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 880 Northwood Blvd Ste 2 | Incline Village | NV | 89451 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Brandon | | Chaney | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4550 SIlverado Trail N | Calistoga | CA | 94515 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
winery

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Brandon | | Chaney | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 880 Northwood Blvd Ste 2 | Incline Village | NV | 89451 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/27/2019 | Marilou King | Accounting Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)                 Page 1 of 1                 2017 California Secretary of State
                                                                 www.sos.ca.gov/business/be

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FAIRWINDS ESTATE, LLC

**Entity Number:**

E0065082015-6

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/04/2015

**NV Business ID:**

NV20151083029

**Termination Date:**

2/28/2065

**Annual Report Due Date:**

2/28/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

FAIRWINDS ESTATE, LLC C/O MANAGER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

880 NORTHWOOD BLVD, INCLINE VILLAGE, NV, 89451, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | FAIRWINDS HOLDINGS, LLC | 880 NORTHWOOD BLVD. SUITE 2, INCLINE VILLAGE, NV, 89451, USA | 02/26/2019 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT D

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FAIRWINDS HOLDINGS LLC

**Entity Number:**

E0065872019-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/12/2019

**NV Business ID:**

NV20191118292

**Termination Date:**

Perpetual

**Annual Report Due Date:**

2/28/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

BRANDON CHANEY

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

880 NORTHWOOD BLVD. SUITE 2, INCLINE VILLAGE, NV, 89451, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | BRANDON R CHANEY | 880 NORTHWOOD BLVD. STE. 2, INCLINE VILLAGE, NV, 89451, USA | 02/12/2019 | Active |
| Manager | ANTHONY W ZABIT | 880 NORTHWOOD BLVD. STE. 2, INCLINE VILLAGE, NV, 89451, USA | 02/12/2019 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History    Name History    Mergers/Conversions

Return to Search       Return to Results

# EXHIBIT E

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

20-E83642

**FILED**

In the office of the Secretary of State
of the State of California

DEC 01, 2020

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

MALLOY IMRIE & VASCONI INSURANCE SERVICES LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 199835210145 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| P.O. Box 725 | Saint Helena | CA | 94574 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| David | | Capponi | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| David | | Capponi | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Insurance Agency

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 12/01/2020 | Cindy Sick | Operations Administrator | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

| | | |
|---|---|---|
| Attachment to **Statement of Information** (Limited Liability Company) | **LLC-12A Attachment** | 20-E83642 |

**A.  Limited Liability Company Name**

MALLOY IMRIE & VASCONI INSURANCE SERVICES LLC

*This Space For Office Use Only*

**B.  12-Digit Secretary of State File Number**

199835210145

**C.  State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Timothy | | Malloy | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Edward | | Bystrowski | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Kevin | | Dickenson | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 899 Adams Street Suite C | Saint Helena | CA | 94574 |

LLC-12A - Attachment (EST 07/2016)    Page 2 of 2    2016 California Secretary of State
www.sos.ca.gov/business/be